UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

AGNES GEORGES,

                        **Plaintiff,**

v.                                                1:17-cv-01245 (BKS/DJS)

**LEVY RATHNER, et al.,**

                        **Defendants.**
_____

**Appearances:**

Agnes Georges
Baldwin, NY
Plaintiff, pro se

**Hon. Brenda K. Sannes, United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

Plaintiff Agnes Georges commenced this action pro se on November 13, 2017, utilizing a form for complaints under Title VII of the Civil Rights Act. (Dkt. No. 1.) This matter was assigned to United States Magistrate Judge Daniel J. Stewart who, on December 11, 2017, issued a Report-Recommendation and Order recommending that Plaintiff's Complaint be dismissed without leave to amend as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B). (Dkt. No. 5). Magistrate Judge Stewart advised Plaintiff that, under 28 U.S.C. § 636(b)(1), she had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. (Dkt. No. 5, at 8). No objections to the Report-Recommendation have been filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See*

*Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.  Having reviewed the Report-Recommendation for clear error and found none, the Report-Recommendation is adopted in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation (Dkt. No. 5) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** without leave to amend under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim; and it is further

**ORDERED** that the Clerk is directed to close this action; and it is further

**ORDERED** that the Clerk serve a copy of this Order upon Plaintiff via regular and certified mail.

**IT IS SO ORDERED.**

Dated: January 31, 2018
        Syracuse, New York

*(signature)*
Brenda K. Sannes
U.S. District Judge